# Exhibit C



# NORTH CAROLINA BOARD OF EXAMINERS
# FOR ENGINEERS AND SURVEYORS

4601 Six Forks Rd   Suite 310
Raleigh, North Carolina 27609

May 19, 2021

**John M. Logsdon, PLS**
Chair
**Jonathan S. Care, Public**
Vice-Chair
**Dennis K. Hoyle, PE, PLS**
Secretary

**Richard M. Benton, PLS**
**Carl M. Ellington, Jr., PE**
**Cedric D. Fairbanks, PhD, PE**
**Brenda L. Moore, PE**
**Carol W. Salloum, Public**
**Andrew G. Zoutewelle, PLS**

**Andrew L. Ritter**
Executive Director

Mr. Wayne L. Nutt
6660 Chesapeake Court
Wilmington, NC 28411

Re:   Case No. V2021-055 – Wayne L. Nutt

Dear Mr. Nutt:

The North Carolina Board of Examiners for Engineers and Surveyors administers the provisions of the Engineering and Land Surveying Act, Chapter 89C, of the North Carolina General Statutes.

Charges have been filed with the Board, which allege that you may be in violation of G.S. 89C-23 for practicing, or offering to practice, engineering without a license as required by G.S. 89C-23.  The allegations pertain to your report dated March 2, 2021, Re: **Stormwater Flow Characteristics of a 36" Reinforced Concrete Pipe Tidalholm Village Diverter Line** and associated engineering calculations; and engineering testimony in depositions on March 8, 2021 and April 27, 2021, in the case of Jackie W Autry, et al v. Bill Clark Homes, LLC, et al (New Hanover Co. File No. 19-CVS-4520).

The purpose of this letter is to advise you that in accordance with G. S. 89C, an investigation has been initiated.  You are requested to provide this office with your written explanation of, or comments on, the charges along with any documents or papers, which support your position in this matter within fifteen (15) business days of the receipt of this letter.

Should you have any questions you are directed to contact Board Investigator William P. Casey at 919/740-5874 or by e-mail at wcasey@ncbels.org.

Sincerely,

*David J. Evans*

David J. Evans
Assistant Executive Director

Enclosure:  G. S. 89C

CERTIFIED MAIL - Return Receipt Requested

| Telephone | FAX | EMAIL Address | WEB Site |