IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:21-CV-00106-M

| | |
|---|---|
| WAYNE NUTT, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>ANDREW L. RITTER, in his official )<br>capacity as Executive Director of the North )<br>Carolina Board of Examiners for Engineers )<br>and Surveyors; and JOHN M. LOGSDON, )<br>JONATHAN S. CARE, DENNIS K. )<br>HOYLE, RICHARD M. BENTON, CARL )<br>M. ELLINGTON, JR., CEDRIC D. )<br>FAIRBANKS, BRENDA L. MOORE, )<br>CAROL SALLOUM, and ANDREW G. )<br>ZOUTWELLE, in their official capacities as )<br>members of the North Carolina Board of )<br>Examiners for Engineers and Surveyors, )<br>)<br>Defendants. )<br>) | **PLAINTIFF'S NOTICE OF WITHDRAWAL OF MOTION FOR PRELIMINARY INJUNCTION AS MOOT** |

On June 9, 2021, Plaintiff filed his Motion for Preliminary Injunction, seeking an order prohibiting Defendants from enforcing or threatening to enforce North Carolina General Statute section 89C-23 against him for truthfully testifying about his background and his opinions about engineering in the case of *Autry v. Bill Clark Homes, LLC*, No. 19-CVS-4520 (New Hanover Super. Ct.). ECF No. 4. When Plaintiff filed the motion, the *Autry* trial was scheduled for July 19, 2021, but it was subsequently continued until February 28, 2022. Joint Mot. To Modify Sch. On Mot. For Prelim. Inj. at 1, ECF No. 23.

On November 15, 2021, the parties in the *Autry* litigation received notice that the trial court had granted the *Autry* defendants' motion for summary judgment. Because Plaintiff's

1

Motion for Preliminary Injunction sought an order specifically limited to testimony at the upcoming *Autry* trial, which has now been taken off the New Hanover Superior Court's trial calendar, Plaintiff believes his Motion for Preliminary Injunction, ECF No. 4, is moot and hereby withdraws it. Plaintiff does not waive any rights to seek further preliminary relief when and if the *Autry* trial is re-scheduled following any appeal of the *Autry* court's grant of summary judgment.

Respectfully submitted this 16th day of November, 2021

| | |
|---|---|
| /s/ W. Cory Reiss | /s/ Joseph Gay |
| W. Cory Reiss (NC Bar No. 41549) | Joseph Gay (D.C. Bar No. 1011079)* |
| REISS & NUTT, PLLC | Robert J. McNamara (VA Bar No. 73208)* |
| 1221 Floral Parkway, Ste 104 | INSTITUTE FOR JUSTICE |
| Wilmington, NC 28403 | 901 North Glebe Road, Suite 900 |
| Phone: (910) 420-4674 | Arlington, VA 22203 |
| Fax: (910) 420-4637 | Phone: (703) 682-9320 |
| Email: wcreiss@reissnutt.com | Fax: (703) 682-9321 |
| | E-mail: jgay@ij.org |
| | rmcnamara@ij.org |
| *Local Civil Rule 83.1(d) Counsel for Plaintiffs* | *\* Special Appearance pursuant to Local Rule 83.1(e) filed* |

*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that I have this day filed the foregoing **PLAINTIFF'S NOTICE OF WITHDRAWL OF MOTION FOR PRELIMINARY INJUNCTION AS MOOT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Douglas W. Hanna, NCSB #18225
M. Todd Sullivan, NCSB #24554
GRAEBE HANNA & SULLIVAN, PLLC
4350 Lassiter at North Hills Ave., Suite 375
Raleigh, NC 27609
Telephone: (919) 863-9091
Facsimile: (919) 424-6409
dhanna@ghslawfirm.com
tsullivan@ghslawfirm.com

*Counsel for Defendants*

This the 16th day of November, 2021.

/s/ Joseph Gay
Joseph Gay (D.C. Bar No. 1011079)