IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:21-CV-000106-M

| | |
|---|---|
| **Wayne Nutt**, <br><br> Plaintiff, <br><br> v. <br><br> **Andrew L. Ritter, et al.**, <br><br> Defendants. | **Order** |

The parties have filed a joint motion asking the court to exempt them from mediation as required in the court's September 29, 2021, Scheduling Order (D.E. 32). After holding a hearing, the court finds that it is appropriate to allow the case to proceed without mediation. The motion (D.E. 39) is granted.

Dated: April 27, 2022

_Robert T. Numbers II_
Robert T. Numbers, II
United States Magistrate Judge