IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Case No. 7:21-CV-00106-M

WAYNE L. NUTT,

    Plaintiff,

v.

ANDREW L. RITTER, *in his official capacity as Executive Director of the North Carolina Board of Examiners for Engineers and Surveyors*, et al.,

    Defendants.

ORDER

This matter comes before the court on the parties' pending motions for summary judgment [DEs 42 & 46]. The court has not yet determined whether a hearing on these motions will be necessary; therefore, the September 27, 2022 pretrial conference and October 11, 2022 trial set by the scheduling order [DE 32] are VACATED. If necessary, the court will issue a trial scheduling order at the appropriate time.

SO ORDERED this ___3d___ day of August, 2022.

                                            RICHARD E. MYERS II
                                            CHIEF UNITED STATES DISTRICT JUDGE