IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| WAYNE NUTT, | Case No. 7:21-CV-00106-M |
| Plaintiff, | **SUGGESTION OF SUBSEQUENTLY DECIDED CONTROLLING AUTHORITY (LOC. CIV. R. 7.1(h))** |
| v. | |
| ANDREW L. RITTER, in his official capacity as Executive Director of the North Carolina Board of Examiners for Engineers and Surveyors, et al., | |
| Defendants. | |

Pursuant to Local Civil Rule 7.1(h), Plaintiff draws the Court's attention to the Fourth Circuit's recent decision in *People for the Ethical Treatment of Animals, Inc. v. North Carolina Farm Bureau Federation, Inc.*, No. 20-1776, __ F.4th __, 2023 WL 2172219, 2023 U.S. App. LEXIS 4320 (4th Cir. Feb. 23, 2023).

Dated: February 27, 2023.

/s/ W. Cory Reiss
W. Cory Reiss (NC Bar No. 41549)
REISS & NUTT, PLLC
1221 Floral Parkway, Ste 104
Wilmington, NC 28403
Phone: (910) 420-4674
Fax: (910) 420-4637
Email: wcreiss@reissnutt.com
*Local Civil Rule 83.1(d)*
*Counsel for Plaintiff*

Respectfully submitted,

/s/ Joseph Gay
Joseph Gay (D.C. Bar No. 1011079)*
Robert J. McNamara (VA Bar No. 73208)*
INSTITUTE FOR JUSTICE
901 North Glebe Road, Suite 900
Arlington, VA 22203
Phone: (703) 682-9320
Fax: (703) 682-9321
E-mail: jgay@ij.org
         rmcnamara@ij.org
* *Special Appearance pursuant to Local Rule 83.1(e)*

*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on this 27th of February, 2023, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing and, pursuant to Local Civil Rule 5.1(e), shall constitute service upon, the following:

Douglas W. Hanna, NCSB #18225
M. Todd Sullivan, NCSB #24554
FIZGERALD HANNA & SULLIVAN, PLLC
3737 Glenwood Ave., Suite 375
Raleigh, NC 27612
Phone: (919) 863-9091
Fax: (919) 424-6409
dhanna@fhslitigation.com
tsullivan@fhslitigation.com

*Attorneys for Defendants*

/s/ Joseph Gay
Joseph Gay (D.C. Bar No. 1011079)