IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Case No. 7:21-cv-00106-M

WAYNE NUTT,

    Plaintiff,

v.

ANDREW L. RITTER, in his official capacity as Executive Director of the North Carolina Board of Examiners for Engineers and Surveyors, et al.,

    Defendants.

ORDER

This matter comes before the court on the parties' cross-motions for summary judgment [DE 42, DE 46]. The court will hold a hearing on Thursday, October 19, 2023 at 10:00 a.m.

SO ORDERED this  11th  day of September, 2023.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE