# EXHIBIT 8
*Declaration of Patrick M. Mincey in Support of Plaintiff's Motion for Attorneys' Fees*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# SOUTHERN DIVISION

| | |
|---|---|
| WAYNE NUTT, ) | Case No. 7:21-CV-00106-M |
| ) | |
| Plaintiff, ) | **DECLARATION OF PATRICK M. MINCEY IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES** |
| v. ) | |
| ) | |
| ANDREW L. RITTER, in his official ) | |
| capacity as Executive Director of the North ) | |
| Carolina Board of Examiners for Engineers ) | |
| and Surveyors, et al., ) | |
| ) | |
| Defendants. ) | |

I, Patrick M. Mincey, do affirm and state as follows:

1. I am a citizen of the United States, a resident of New Hanover County, North Carolina, and over the age of 18. I submit this Declaration in support of Movant Wayne Nutt's motion for an award of attorneys' fees. I am fully competent to make this declaration, which is based on my personal knowledge.

2. I am a graduate of Davidson College (B.A. 2003) and Mercer University School of Law (J.D. 2008). I am a member in good standing in the Bars of this Court, the State of North Carolina, the State of New York, Western District of North Carolina, Middle District of North Carolina, Southern District of New York, Eastern District of New York, District Court for the District of Columbia, and the United States Courts of Appeals for the Second and Fourth Circuits.

3. I am a partner at the law firm Cranfill Sumner LLP where I serve as Chair of both the firm's White Collar, Government Investigations & Special Matters Practice Group and the firm's Administrative, Regulatory & Government Law Group. My primary office address 5535 Currituck Drive, Suite 210, Wilmington, North Carolina 28403.

4. I have extensive experience in complex business disputes, government enforcement and investigations of global scope. A full and accurate representation of my *curriculum vitae* is available on my law firm's website at https://www.cshlaw.com/attorneys/patrick-mincey/.

5. As a result of my litigation experience, I am knowledgeable about prevailing rates charged by attorneys in the Eastern District of North Carolina. I have been asked by attorneys at the Institute for Justice to provide my opinion regarding the reasonableness of the hourly rate sought by their *pro bono* lawyers in connection with the fee application in the above-captioned case.

6. I have been provided with information by counsel for the Movants in this action, and I base my opinions on that information. Specifically, I have reviewed the respective Declarations of Messrs. Robert McNamara and Joseph Gay that are to be submitted in connection with this motion, in which these attorneys detail their respective legal experience.

7. Based upon my knowledge of the local legal market, it is my opinion that a reasonable range of hourly rates for an attorney of Messrs. McNamara's and Gay's experience would be $750 to $795 per hour. It is also my opinion that a reasonable paralegal rate would be $295 per hour.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 16th day of February, 2024.

_____
Patrick M. Mincey